### 3357. FOOTE & DAVIES CO. *v.* EVANS FURNITURE CO.

HILL, C. J. The explicit requirements of the statute imperatively demand that, to give this court jurisdiction, the bill of exceptions must be filed in the clerk's office within 15 days from the date of the certificate of the judge to the bill of exceptions. Here the certificate is dated March 14, 1911, and it was filed March 30, 1911. The writ of error must be dismissed. Civil Code (1910), § 6167; *Jones* v. *State,* 7 *Ga. App.* 694 (67 S. E. 835), and cases cited.

                                        *Writ of error dismissed.*
                    DECIDED DECEMBER 19, 1911.

Certiorari; from Fulton superior court.

*Payne, Little & Jones, M. F. Goldstein,* for plaintiff in error.
*Munday & Cornwell,* contra.